UNITED STATES BANKRUPTCY COURT
_Southern_ DISTRICT OF NEW YORK

CASE NO. _07-13908_

CHAPTER 11

Debtor(s)
_Jewelry 47 Inc_

### MONTHLY OPERATING STATEMENT FOR
THE PERIOD _february 1_ TO _february 29 / 2008_

DEBTOR'S ADDRESS:

MONTHLY DISBURSEMENTS: _$96000_

DEBTOR'S ATTORNEY:

MONTHLY OPERATING PROFIT (LOSS): _$820_

REPORT PREPARER:

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: _March 6 / 2008_      _President_
                             SIGNATURE & TITLE

Indicate if this is an amended statement by checking here

AMENDED STATEMENT __

**Jewelry47 Inc.**
**(Debtor-in-Possession)**
**Statement of Operations**
**February 2008**

|  |  |  |
|---|---|---|
|  |  | $96,000.00 |
| January sales |  |  |
| Expenses: | $67,500.00 |  |
| Total Cost of Goods | 9,600.00 |  |
| Payroll | 1,800.00 |  |
| Rent | 380.00 |  |
| Electricity | 800.00 |  |
| Telephones | 1,300.00 |  |
| Supplies | 1,800.00 |  |
| Fedex | 2,000.00 |  |
| Programming | 10,000.00 |  |
| Ebay Fees | --------------- |  |
| Total Expenses | ($95,180.00) |  |
| Profit | $820.00 |  |
| Inventory at February 29, 2008 | $55,000.00 |  |