UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                    Chapter 7

JEWELRY 47 INC.,                                         Case No. 07-13908 (BRL)

                        Debtor.

----------------------------------------------------------x

## ORDER APPROVING A SETTLEMENT OF A STATE COURT ACTION, AND PAYMENT OF SPECIAL LITIGATION COUNSEL FEES AND EXPENSES

Upon the Motion of Roy Babitt, Chapter 7 trustee (the "Trustee") of the estate of Jewelry 47 Inc. (the "Debtor"), by his attorney, Arent Fox LLP, for an order approving (i) the settlement of a state court negligent misrepresentation action; and (ii) payment of Special Litigation Counsel fees and expenses; it is hereby

ORDERED that pursuant to Federal Rule of Bankruptcy Procedure 9019(a), the settlement of the state court negligent misrepresentation action in the amount of $50,000.00 (fifty thousand dollars) is hereby approved in all respects; and it is further

ORDERED that the Trustee is authorized to pay fees and expenses to Gordon & Gordon, P.C. as Trustee's Special Litigation Counsel pursuant to their retention with this Court in the amounts in the attached Exhibit "A."

Dated:  New York, New York
        April 14, 2009

                                        /s/Burton R. Lifland_____
                                        UNITED STATES BANKRUPTCY JUDGE

CASE NUMBER: 07-13908 (BRL)
CASE NAME:     **Jewelry 47 Inc.**

| Applicant | Date/ Docket Number | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|-----------|---------------------|----------------|--------------|--------------------|------------------|
| Gordon & Gordon, P.C. | | $16,666.67 | $16,666.67 | $0.00 | $0.00 |
| Total | | | $16,666.67 | | $0.00 |

EXHIBIT A          DATE: 4/14/2009     INITIALS: /s/BRL USBJ