UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                            Chapter 7

JEWELRY 47 INC.,                         Case No. 07-13908 (BRL)

            Debtor.

-----------------------------------------------------------x

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF COMMISSION AND REIMBURSEMENT OF EXPENSES TO G.E.M. AUCTION CORP.

UPON consideration and filing of the Report of Sale and application for allowance of commission and reimbursement of expense to of G.E.M. Auction Corp, auctioneer to Roy Babitt, Chapter 7 Trustee, incurred during the pendency of the Chapter 7 case (the "Application"); and notice having been given pursuant to Rules 2002(a)(7) and (c)(2) of the federal rules of bankruptcy procedure; and due consideration having been given any opposition thereto; and a hearing having been held and upon the record of that hearing; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application is granted to the extent set forth in Schedule "A" annexed hereto.

Dated: New York, New York
         July 7, 2009

                                                      /s/ Burton R. Lifland
                                             UNITED STATES BANKRUPTCY JUDGE

NYC/406005.1

CASE NUMBER: 07-13908 BRL
CASE NAME: **Jewelry 47 Inc.**

| Applicant | Date/ Docket Number of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| G.E.M. Auction Corp. | | $1,400.00 | $1,400.00 | $2,048.32 | $2,048.32 |
| Total $3,448.32 | | | | | |

SCHEDULE A    DATED: JULY 7, 2009    INITIALS: <u>BRL</u>  USBJ

NYC/406005.1