# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: JEWELRY 47 INC.    § Case No. 07-13908
    §
    §
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Babitt, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00    Claims Discharged
     Without Payment: $1,579,179.40

Total Expenses of Administration: $66,117.27

3) Total gross receipts of $ 66,117.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $66,117.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 30,697.28 | 63,445.49 | 58,311.54 | 58,311.54 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 36,200.12 | 13,629.99 | 7,805.73 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 1,980,383.22 | 1,980,383.22 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 1,416,655.90 | 1,416,655.90 | 0.00 |
| **TOTAL DISBURSEMENTS** | $30,697.28 | $3,496,684.73 | $3,468,980.65 | $66,117.27 |

4) This case was originally filed under Chapter 7 on December 11, 2007. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2012          By: /s/Roy Babitt, Trustee
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RETURN OF DEPOSIT ON SPACE. | 1122-000 | 1,800.00 |
| IRS Refund | 1290-000 | 156.00 |
| SALE OF MERCHANDISE/JEWELRY | 1129-000 | 14,000.00 |
| JP MORGAN SETTLEMENT | 1121-000 | 50,000.00 |
| Interest Income | 1270-000 | 161.27 |
| **TOTAL GROSS RECEIPTS** | | **$66,117.27** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roy Babitt | 2100-000 | N/A | 6,555.83 | 6,555.83 | 6,555.83 |
| Office of the US Trustee | 2950-000 | N/A | 5,825.00 | 5,825.00 | 5,825.00 |
| Arent Fox PLLC | 3210-000 | N/A | 30,271.00 | 25,137.05 | 25,137.05 |
| Arent Fox PLLC | 3220-000 | N/A | 426.28 | 426.28 | 426.28 |
| GORDON & GORDON, P.C. | 3210-600 | N/A | 16,666.67 | 16,666.67 | 16,666.67 |
| International Sureties, Ltd | 2300-000 | N/A | 32.23 | 32.23 | 32.23 |
| G.E.M. Auction Corp. | 3610-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| G.E.M. Auction Corp. | 3620-000 | N/A | 2,048.32 | 2,048.32 | 2,048.32 |
| International Sureties, Ltd | 2300-000 | N/A | 28.41 | 28.41 | 28.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 88.10 | 88.10 | 88.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 106.80 | 106.80 | 106.80 |
| The Bank of New York Mellon | 2600-000 | N/A | -3.15 | -3.15 | -3.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 63,445.49 | 58,311.54 | 58,311.54 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Vincent M. Lentini, Esq. | 6210-160 | N/A | 22,111.50 | 8,555.75 | 4,899.77 |
| Vincent M. Lentini, Esq. | 6220-170 | N/A | 307.87 | 307.87 | 176.31 |
| Alter, Goldman & Brescia, LLP | 6700-140 | N/A | 13,028.75 | 4,014.37 | 2,298.99 |
| Alter, Goldman & Brescia, LLP | 6710-150 | N/A | 752.00 | 752.00 | 430.66 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 36,200.12 | 13,629.99 | 7,805.73 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Department of the Treasury | 5800-000 | N/A | 14,023.50 | 14,023.50 | 0.00 |
| 10P | New York State Department | 5800-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 22P | NYS Department of Tax & Finance | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 23 | NYC Department of Finance | 5800-000 | N/A | 148,500.00 | 148,500.00 | 0.00 |
| 31P | NYS Department of Tax & Finance | 5800-000 | N/A | 1,817,859.72 | 1,817,859.72 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 1,980,383.22 | 1,980,383.22 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Coface North America Insurance Company | 7100-000 | N/A | 44,500.00 | 44,500.00 | 0.00 |
| 2 | Limor Tapered Baguettes | 7100-000 | N/A | 4,275.00 | 4,275.00 | 0.00 |
| 3 | Belgium Diamonds | 7100-000 | N/A | 31,083.00 | 31,083.00 | 0.00 |
| 4 | Aron Moskovits | 7100-000 | N/A | 23,615.00 | 23,615.00 | 0.00 |
| 5 | Nelson Jewelry | 7100-000 | N/A | 5,125.60 | 5,125.60 | 0.00 |
| 6S | New York State Workers Comp Board | 7100-000 | N/A | 12,000.00 | 12,000.00 | 0.00 |
| 6U | New York State Workers Comp Board | 7100-000 | N/A | 750.00 | 750.00 | 0.00 |
| 7 | Gideon Inc. | 7100-000 | N/A | 37,108.00 | 37,108.00 | 0.00 |
| 8 | Eli Zikri USA, Inc. | 7100-000 | N/A | 44,500.00 | 44,500.00 | 0.00 |
| 9U | Department of the Treasury | 7100-000 | N/A | 2,990.10 | 2,990.10 | 0.00 |
| 10U | NYS Department of Tax & Finance | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11 | Nadmar Inc. | 7100-000 | N/A | 178,463.07 | 178,463.07 | 0.00 |
| 12 | Viral Jewelry Inc. | 7100-000 | N/A | 44,528.00 | 44,528.00 | 0.00 |
| 13 | Panteris & Panteris LLP | 7100-000 | N/A | 21,825.00 | 21,825.00 | 0.00 |
| 14 | Emmerson, Craig | 7100-000 | N/A | 97,778.80 | 97,778.80 | 0.00 |
| 15 | Devi Diamonds Inc. | 7100-000 | N/A | 195,031.50 | 195,031.50 | 0.00 |
| 16 | Department of the Treasury | 7100-000 | N/A | 7,586.16 | 7,586.16 | 0.00 |
| 18 | Nelson Jewelry | 7100-000 | N/A | 5,125.60 | 5,125.60 | 0.00 |
| 19 | Metropolitan Property & Casualty Insurance | 7100-000 | N/A | 21,825.00 | 21,825.00 | 0.00 |
| 20 | Namdar Inc. | 7100-000 | N/A | 224,302.74 | 224,302.74 | 0.00 |
| 21 | United Parcel Service | 7100-000 | N/A | 152.43 | 152.43 | 0.00 |
| 22U | New York State Department | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 25 | NYC Department of Finance | 7200-000 | N/A | 7,425.00 | 7,425.00 | 0.00 |
| 26 | Andrew R. Smith | 7200-000 | N/A | 7,560.00 | 7,560.00 | 0.00 |
| 27 | S-Diam Corp. | 7200-000 | N/A | 8,582.13 | 8,582.13 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28S | NYS Department of Tax & Finance | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 28U | NYS Department of Tax & Finance | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 29 | AD Diamonds, Inc. | 7200-000 | N/A | 9,597.75 | 9,597.75 | 0.00 |
| 30 | Catherine Vassal | 7200-000 | N/A | 3,880.00 | 3,880.00 | 0.00 |
| 31U | NYS Department of Tax & Finance | 7200-000 | N/A | 377,046.02 | 377,046.02 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,416,655.90 | 1,416,655.90 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-13908  
**Case Name:** JEWELRY 47 INC.  

**Period Ending:** 01/11/12

**Trustee:** (520700) Roy Babitt, Trustee  
**Filed (f) or Converted (c):** 05/28/08 (c)  
**§341(a) Meeting Date:** 07/14/08  
**Claims Bar Date:** 07/14/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | RETURN OF DEPOSIT ON SPACE. | Unknown | N/A | | 1,800.00 | FA |
| 2 | IRS Refund (u) | 0.00 | 0.00 | | 156.00 | FA |
| 3 | SALE OF MERCHANDISE/JEWELRY | 88,000.00 | 10,000.00 | | 14,000.00 | FA |
| 4 | JP MORGAN SETTLEMENT | 0.00 | 0.00 | | 50,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 161.27 | FA |
| 5 | Assets   Totals (Excluding unknown values) | **$88,000.00** | **$10,000.00** | | **$66,117.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

  7/27/10 - One litigation remaining on contingency. Case then ready to close. Adminstratively insolvent.

  Investigating whether certain litigation was properly handled by special counsel.


  12/09  I continue to monitor lawsuits as I hope they may bring additional funds into the estate.

  4/09  Compromise approved to settle state court action for $50,000.

  8/08  GEM Auction approved to take inventory and sell the assets of the debtor.  The sale brought in $14000 into the estate.

  7/08 Principle of debtor filed a Chapter 7 bankruptcy in the Eastern District, Case no.
  08-73588.

  Debtor owned and operated a store (on ebay) which sold jewelry.  Among the assets of the estate are ongoing lawsuits regarding the brokerage of an Emerald gem stone and against Chase.  Debtor filed as a Chapter 11 and converted to a Chapter 7 case.

**Initial Projected Date Of Final Report (TFR):**   May 28, 2010   **Current Projected Date Of Final Report (TFR):**   November 15, 2011  (Actual)

Printed: 01/11/2012 11:03 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-13908  
**Case Name:** JEWELRY 47 INC.  
**Taxpayer ID #:** \*\*-\*\*\*5202  
**Period Ending:** 01/11/12

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*05-65 - Money Market Account  
**Blanket Bond:** $94,140,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/08 | {1} | DAVID ESHAGHPOUR | Rent | 1122-000 | 1,800.00 | | 1,800.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 0.52 | | 1,800.52 |
| 07/16/08 | {2} | U.S. Treasury | photocopy refund re: 13-2712384 | 1290-000 | 156.00 | | 1,956.52 |
| 07/29/08 | 1001 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/20/2008 FOR CASE #07-13908, Bond #016030121 Voided on 07/29/08 | 2300-000 | | 1.12 | 1,955.40 |
| 07/29/08 | 1001 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/20/2008 FOR CASE #07-13908, Bond #016030121 Voided: check issued on 07/29/08 | 2300-000 | | -1.12 | 1,956.52 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 1.18 | | 1,957.70 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 1.16 | | 1,958.86 |
| 09/17/08 | {3} | GEM AUCTION | TWO CHECKS NO. 10663 FOR $1000 AND $ 8000053240 CASHIERS CHECK FROM CAPITAL ONE FOR $13,000 | 1129-000 | 14,000.00 | | 15,958.86 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 4.75 | | 15,963.61 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.72 | | 15,972.33 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 5.77 | | 15,978.10 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 4.46 | | 15,982.56 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.62 | | 15,985.18 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.44 | | 15,987.62 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.79 | | 15,990.41 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.62 | | 15,993.03 |
| 05/28/09 | {4} | JP Morgan Chase | Settlement of Adversary | 1121-000 | 50,000.00 | | 65,993.03 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.81 | | 65,995.84 |
| 06/08/09 | | To Account #\*\*\*\*\*\*\*\*0566 | Payment per order dated 4/14/09 | 9999-000 | | 16,666.67 | 49,329.17 |
| 06/16/09 | 1002 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/16/2009 FOR CASE #07-13908, Bond #016030121, Liberty Mutual Ins., period 6/2009-6/2010 | 2300-000 | | 32.23 | 49,296.94 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 9.54 | | 49,306.48 |
| 07/08/09 | | To Account #\*\*\*\*\*\*\*\*0566 | TRANSFER OF FUNDS | 9999-000 | | 2,048.32 | 47,258.16 |
| 07/08/09 | | To Account #\*\*\*\*\*\*\*\*0566 | TRANSFER OF FUNDS | 9999-000 | | 1,400.00 | 45,858.16 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.90 | | 45,866.06 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.77 | | 45,873.83 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.52 | | 45,881.35 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.52 | | 45,888.87 |

Subtotals : $66,036.09   $20,147.22

{} Asset reference(s)

Printed: 01/11/2012 11:03 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-13908  
**Case Name:** JEWELRY 47 INC.  
**Taxpayer ID #:** **-***5202  
**Period Ending:** 01/11/12

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-65 - Money Market Account  
**Blanket Bond:** $94,140,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.78 | | 45,896.65 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.78 | | 45,904.43 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.28 | | 45,911.71 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.03 | | 45,918.74 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 8.28 | | 45,927.02 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2000% | 1270-000 | 1.25 | | 45,928.27 |
| 04/06/10 | | Wire out to BNYM account 9200******0565 | Wire out to BNYM account 9200******0565 | 9999-000 | -45,928.27 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 20,147.22 | 20,147.22 | $0.00 |
| Less: Bank Transfers | -45,928.27 | 20,114.99 | |
| Subtotal | 66,075.49 | 32.23 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $66,075.49 | $32.23 | |

{} Asset reference(s)

Printed: 01/11/2012 11:03 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-13908  
**Case Name:** JEWELRY 47 INC.  
**Taxpayer ID #:** **-***5202  
**Period Ending:** 01/11/12

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-66 - Checking Account  
**Blanket Bond:** $94,140,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/09 | | From Account #********0565 | Payment per order dated 4/14/09 | 9999-000 | 16,666.67 | | 16,666.67 |
| 06/08/09 | 101 | GORDON & GORDON, P.C. | PAYMENT OF FEES PURSUANT TO 4/04/09 ORDER OF THE COURT | 3210-600 | | 16,666.67 | 0.00 |
| 07/08/09 | | From Account #********0565 | TRANSFER OF FUNDS | 9999-000 | 2,048.32 | | 2,048.32 |
| 07/08/09 | | From Account #********0565 | TRANSFER OF FUNDS | 9999-000 | 1,400.00 | | 3,448.32 |
| 07/08/09 | 102 | G.E.M. Auction Corp. | Fees ($1,400) and Expenses ($2,048.32) per Order dated 7/7/2009 | | | 3,448.32 | 0.00 |
| | | | Auctioneer Fees      1,400.00 | 3610-000 | | | 0.00 |
| | | | Auctionneer Expenses   2,048.32 | 3620-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **20,114.99** | **20,114.99** | **$0.00** |
| | | | Less: Bank Transfers | | 20,114.99 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **20,114.99** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$20,114.99** | |

{} Asset reference(s)

Printed: 01/11/2012 11:03 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-13908 | | Trustee: | Roy Babitt, Trustee (520700) |
|---|---|---|---|---|
| Case Name: | JEWELRY 47 INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******05-65 - Money Market Account |
| Taxpayer ID #: | **-***5202 | | Blanket Bond: | $94,140,000.00  (per case limit) |
| Period Ending: | 01/11/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0565 | Wire in from JPMorgan Chase Bank, N.A. account ********0565 | 9999-000 | 45,928.27 | | 45,928.27 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.2000% | 1270-000 | 5.53 | | 45,933.80 |
| 05/21/10 | 11003 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/21/2010 FOR CASE #07-13908<br>Voided on 05/21/10 | 2300-000 | | ! 28.55 | 45,905.25 |
| 05/21/10 | 11003 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/21/2010 FOR CASE #07-13908<br>Voided: check issued on 05/21/10 | 2300-000 | | ! -28.55 | 45,933.80 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.2000% | 1270-000 | 7.81 | | 45,941.61 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.2000% | 1270-000 | 7.55 | | 45,949.16 |
| 07/02/10 | 11004 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/02/2010 FOR CASE #07-13908, Blanket Bond Payment (#016030120) | 2300-000 | | 28.41 | 45,920.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.2000% | 1270-000 | 7.80 | | 45,928.55 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.2000% | 1270-000 | 7.80 | | 45,936.35 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 45,936.72 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 45,937.11 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 45,937.48 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 45,937.87 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 45,938.26 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.35 | | 45,938.61 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 45,939.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 45,939.37 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 45,939.76 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 45,940.13 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 45,940.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.10 | 45,852.42 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 45,852.80 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 106.80 | 45,746.00 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.15 | 45,749.15 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 45,749.52 |
| 10/31/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.37 | | 45,749.89 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest adjustment | 1270-000 | 0.01 | | 45,749.90 |
| 10/31/11 | | To Account #9200******0566 | TRANSFER OF FUNDS | 9999-000 | | 45,749.89 | 0.01 |
| | | | Subtotals : | | $45,970.06 | $45,970.05 | |

{} Asset reference(s)      !-Not printed or not transmitted                                                                                 Printed: 01/11/2012 11:03 AM        V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-13908  
**Case Name:** JEWELRY 47 INC.  
**Taxpayer ID #:** **-***5202  
**Period Ending:** 01/11/12

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-65 - Money Market Account  
**Blanket Bond:** $94,140,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/11 | | Transfer to account #92000177790566 | Transfer adjustment for late day MMA closeout | 9999-000 | | 0.01 | 0.00 |
| | | | ACCOUNT TOTALS | | 45,970.06 | 45,970.06 | $0.00 |
| | | | Less: Bank Transfers | | 45,928.27 | 45,749.90 | |
| | | | **Subtotal** | | **41.79** | **220.16** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$41.79** | **$220.16** | |

{} Asset reference(s)

Printed: 01/11/2012 11:03 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 07-13908 | | Trustee: | Roy Babitt, Trustee (520700) |
|---|---|---|---|---|
| Case Name: | JEWELRY 47 INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******05-66 - Checking Account |
| Taxpayer ID #: | **-***5202 | | Blanket Bond: | $94,140,000.00 (per case limit) |
| Period Ending: | 01/11/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/11 | | Transfer from account #92000177790565 | Transfer adjustment for late day MMA closeout | 9999-000 | 0.01 | | 0.01 |
| 10/31/11 | | From Account #9200******0565 | TRANSFER OF FUNDS | 9999-000 | 45,749.89 | | 45,749.90 |
| 11/10/11 | Int | The Bank of New York Mellon | Interest adjustment for late day MMA closeout | 1270-000 | -0.01 | | 45,749.89 |
| 12/20/11 | 10103 | Roy Babitt | Dividend paid 100.00% on $6,555.83, Trustee Compensation; Reference: | 2100-000 | | 6,555.83 | 39,194.06 |
| 12/20/11 | 10104 | Arent Fox PLLC | Dividend paid 100.00% on $25,137.05, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 25,137.05 | 14,057.01 |
| 12/20/11 | 10105 | Arent Fox PLLC | Dividend paid 100.00% on $426.28, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 426.28 | 13,630.73 |
| 12/20/11 | 10106 | Office of the US Trustee | Dividend paid 100.00% on $5,825.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 5,825.00 | 7,805.73 |
| 12/20/11 | 10107 | Alter, Goldman & Brescia, LLP | Dividend paid 57.26% on $4,014.37, Attorney for Creditor's Committee Fees (Chapter 11); Reference: | 6700-140 | | 2,298.99 | 5,506.74 |
| 12/20/11 | 10108 | Alter, Goldman & Brescia, LLP | Dividend paid 57.26% on $752.00, Attorney for Creditor's Committee Expenses (Chapter 11); Reference: | 6710-150 | | 430.66 | 5,076.08 |
| 12/20/11 | 10109 | Vincent M. Lentini, Esq. | Dividend paid 57.26% on $8,555.75, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 4,899.77 | 176.31 |
| 12/20/11 | 10110 | Vincent M. Lentini, Esq. | Dividend paid 57.26% on $307.87, Attorney for D-I-P Expenses (Chapter 11); Reference: | 6220-170 | | 176.31 | 0.00 |

| | | | ACCOUNT TOTALS | 45,749.89 | 45,749.89 | $0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | 45,749.90 | 0.00 | |
| | | | Subtotal | -0.01 | 45,749.89 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | NET Receipts / Disbursements | $-0.01 | $45,749.89 | |

| Net Receipts : | 66,117.27 |
|---|---|
| Net Estate : | $66,117.27 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****05-65 | 66,075.49 | 32.23 | 0.00 |
| Checking # ***-*****05-66 | 0.00 | 20,114.99 | 0.00 |
| MMA # 9200-******05-65 | 41.79 | 220.16 | 0.00 |
| Checking # 9200-******05-66 | -0.01 | 45,749.89 | 0.00 |
| | $66,117.27 | $66,117.27 | $0.00 |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 07-13908 | | **Trustee:** | Roy Babitt, Trustee (520700) |
| --- | --- | --- | --- | --- |
| **Case Name:** | JEWELRY 47 INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******05-66 - Checking Account |
| **Taxpayer ID #:** | **-***5202 | | **Blanket Bond:** | $94,140,000.00   (per case limit) |
| **Period Ending:** | 01/11/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

{} Asset reference(s)